# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3: 99cr29 LAC

RONALD GUERRIER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    MARCH 7, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE      on 3/6/08       Doc.# 206

RESPONSES:
BY GOVERNMENT                  on 3/12/08      Doc.# 207
DEFT'S TRAVERSE TO RESPONSE    on 4/7/08       Doc.# 210
___ Stipulated     ___ Joint Pldg.
___ Unopposed      ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                                Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing the defendant was held accountable for 163.36 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.