# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                      Case Nos.      3:99cr29/LAC/CJK
                                                                           3:13cv636/LAC/CJK

**RONALD GUERRIER**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 7, 2014 (doc. 283). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence (doc. 281) is summarily **DENIED and DISMISSED** as untimely.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 17th day of January, 2014.

                                               s/*L.A. Collier*
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**